IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **SHANNA DELACRUZ** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | **CIVIL ACTION NO. 5:26-CV-00382** |
| *v.* | § | |
| | § | |
| | § | |
| **CITY OF SAN ANTONIO** | § | |
| *Defendant.* | § | |

## NOTICE OF REMOVAL TO FEDERAL COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Defendant, the City of San Antonio (hereinafter "Defendant City" or Defendant City of San Antonio"), in the above styled and numbered cause and by and through its attorney of record, and files this *Notice of Removal*. Defendant City of San Antonio respectfully shows the following:

1.     On December 9, 2025, Plaintiff Shanna Delacruz, filed their *Original Petition* in the 166th Judicial District of Bexar County, Texas. Plaintiff's *Original Petition* named the City of San Antonio, as Defendant. (**Exhibit A).**   Plaintiff requested the issuance of Citation on Defendant City of San Antonio (**Exhibit B**) and served citation on the City Clerk on January 2, 2026.

2.     Plaintiff's original suit alleges he was subject to sex discrimination and sexual harassment under the Texas Labor Code and Title VII of the Civil Rights Act of 1964, as well as Retaliation under the Texas Labor Code and Title VII of the Civil Rights Act of 1964.

*Shanna Delacruz v. City of San Antonio*
Civil Action No.: 5:26-CV-00382
Def. City of San Antonio's Notice of Removal
Page **1** of **4**

3.    Removal is proper because this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331. Removal is also proper under 28 U.S.C. § 1441(a) and § 1446. Plaintiff has asserted a cause of action arising under the Federal Law.

4.    Venue is proper in the United States District Court, Western District of Texas, San Antonio Division, as the district and division embracing the place where the state action is pending. 28 U.S.C. §§ 1441(a), 1446(a).

5.    In accordance with 28 U.S.C. § 1446(a), attached to this *Notice of Removal* are copies of all process and pleadings served upon Defendant City of San Antonio in the removed case. (***See Exhibit C;** see also* **Exhibits A-B***).*

6.    This *Notice of Removal* is timely under 28 U.S.C. § 1446(b) because the removal is filed within thirty (30) days after Defendant City of San Antonio first received a copy of a paper from which it could first be ascertained that the case is one which is or has become removable. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 354, 119 S.Ct. 1322, 143 L.Ed.2d 448 (1999) (Removal deadline runs from date of service); *City of Clarksdale v. BellSouth Telecomms., Inc.*, 428 F.3d 206, 210 (5th Cir. 2005).

7.    To the extent Plaintiff is asserting any state law cause of action, the City would show that the United States District Court has jurisdiction over Plaintiff's pendent state law claims, pursuant to the Court's supplemental jurisdiction because those claims arise out of and are derived from a common nucleus of operative facts which form the basis of Plaintiff's federal civil claims.

8.    Defendant the City further submits that it will pay all costs and debts incurred in the removal proceeding should the court determine that this action is not removable or is improperly removed.

_____

*Shanna Delacruz v. City of San Antonio*
Civil Action No.: 5:26-CV-00382
Def. City of San Antonio's Notice of Removal
Page **2** of **4**

9.    Pursuant to 28 U.S.C. § 1446(d), Defendant City intends to serve written notice of this removal upon all interested parties and upon the State Court, promptly after filing this *Notice of Removal*.

WHEREFORE PREMISES CONSIDERED, Defendant City, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, remove the case styled *Shanna Delacruz v. City of San Antonio*, pending under Cause No. 2024-CI-28535 in the 166th Judicial District Court, Bexar County, Texas, on this 23rd day of January 2026.

Respectfully submitted,

CITY OF SAN ANTONIO
Andrew Segovia
City Attorney
SBN: 24103187
Office of the City Attorney
Litigation Division
International Center
203 S. St. Mary's St., 2nd Floor
San Antonio, Texas 78205

*/s/ Rosa K. Phifer*
Rosa K. Phifer
Assistant City Attorney
Bar No:  24074890
(210) 207-8918/ (210) 207-4357 Fax
Rosa.Phifer@sanantonio.gov
*Attorney for Defendant City of San Antonio*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on the following on January 23, 2026:

Dennis L. Richard                              ☒    EFileTexas.gov
Texas Bar No. 16842600
LAW OFFICE OF DENNIS L. RICHARD
Email: dennislrichardlaw@gmail.com
Tel. (210) 308-6600
14255 Blanco Road

*Shanna Delacruz v. City of San Antonio*
Civil Action No.: 5:26-CV-00382
Def. City of San Antonio's Notice of Removal
Page **3** of **4**

San Antonio, TX 78216

/s/ Rosa K. Phifer
ROSA K. PHIFER

*Shanna Delacruz v. City of San Antonio*
Civil Action No.: 5:26-CV-00382
Def. City of San Antonio's Notice of Removal
Page **4** of **4**