IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHANNA DELACRUZ, | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | NO. 5:26-CV-00382-MA |
| | § | |
| THE CITY OF SAN ANTONIO, | § | |
| *Defendant.* | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

NOW COMES Plaintiff Shanna DeLaCruz ("Plaintiff") and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Shanna DeLaCruz, Plaintiff.
2. Dennis L. Richard, Attorney for Plaintiff.
3. The City of San Antonio, Defendant.

Respectfully Submitted,

*/s/ Dennis L. Richard*

Dennis L. Richard
LAW OFFICE OF DENNIS L. RICHARD
Texas Bar No. 16842600
dennislrichardlaw@gmail.com
14255 Blanco Road
San Antonio, TX 78216
Tel. (210) 308-6600
Fax. (210) 308-6939
***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

I certify that on April 13, 2026, a copy of the foregoing document was served on all attorneys of record in this cause as follows:

*Via CM/ECF:*
Rosa K. Phifer
Assistant City Attorney
Rosa.Phifer@sanantonio.gov
Office of the City Attorney
Litigation Division
International Center
203 S. St. Mary's St., 2nd Floor
San Antonio, Texas 78205
**ATTORNEYS FOR DEFENDANT**

*/s/ Dennis L. Richard*
Dennis L. Richard